UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY SIMMARANO,

    Plaintiff,

v.                                        Case No: 8:23-cv-1403-CEH-CPT

NATIONWIDE PROPERTY &
CASUALTY INSURANCE
COMPANY,

    Defendant.
_____

## ORDER

This matter is before the Court upon review of the Case Management Report (Doc. 7) filed by Defendant on August 3, 2023.

The Parties are directed to review Local Rule 3.02(a)(2), United States District Court, Middle District of Florida (Local Rules), which provides that, in most civil proceedings, the parties "must file a case management report using the standard form on the Court's website." Defendant's case management report, however, is labeled as "unilateral" on the docket and is not signed by Plaintiff's counsel. Doc. 7. This is improper, as the Uniform Case Management Report repeatedly refers to certifications made by and dates/deadlines proposed by "[t]he Parties" collectively, not just one of the Parties. *See id.*

Accordingly, the Case Management Report (Doc. 7) is **STRICKEN.** A completed case management report must be filed on the docket within fourteen (14)

days. Failure to do so may result in dismissal of the matter without prejudice pursuant to Middle District of Florida Local Rule 3.10 for lack of prosecution, due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.02.

**DONE** and **ORDERED** in Tampa, Florida on November 20, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties